UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA :

        - v. - :

ORSON SALCEDO, :

        Defendant. :
------------------------------x

**ORDER**

96 Cr. 371 (DLC)

HON. DENISE L. COTE, United States District Judge:

    WHEREAS, a hearing has been set by this Court for August 20, 2008, to hear evidence concerning a possible violation of the conditions of probation by the defendant, Orson Salcedo,

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Orson Salcedo, so as to prepare for the hearing and to comply with the Government's obligations pursuant to *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny, as well as Title 18, United States Code, Section 3500,

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the complete case file maintained for the defendant, Orson Salcedo, to Assistant United States Attorney Christopher D. Frey.

SO ORDERED:

Dated: July 30, 2008
       New York, New York

                              _____
                              HONORABLE DENISE L. COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

COPIES SENT TO:


Christopher D. Frey                 Sanfrod N. Talkin
U.S. Attorney's Office              Talkin & Muccigrosso
1 St. Andrew's Plaza                40 Exchange Place, Suite 1800
New York, NY 10007                  New York, NY 10005


U.S. Probation Department
Attn: Donald Freeman